UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __25-1278__                              Caption [use short title]

Motion for: __Motion for an extension of time to__
__file a reply to the Government's response__       CFTC V. ALEXANDRE
__to Appellant's Appeal to the Second Circuit.__

Set forth below precise, complete statement of relief sought:

__30-day extension to file a response to the__
__Government's Motion to dismiss for lack of__
__Appellate Jurisdiction.__

RECEIVED
2025 JUL 10 PM 3:00
CLERK'S OFFICE
U.S. COURT OF APPEALS

MOVING PARTY: __Eddy Alexandre__                    OPPOSING PARTY: __Commodity Futures Trading Commission__

  ☐ Plaintiff     ☐ Defendant

  ☐ Appellant/Petitioner    ☒ Appellee/Respondent

MOVING ATTORNEY: __Eddy Alexandre__                OPPOSING ATTORNEY: __Conor B. Daly__
             [name of attorney, with firm, address, phone number and e-mail]

__FCC Allenwood Low__                               __Commodity Futures Trading Commission (CFTC)__

__P.O. Box 1000__                                   __1155 21st Street, NW__

__White Deer, PA 17887__                            __Washington, DC 20581__

Court- Judge/ Agency appealed from: __SDNY-Judge Valerie E. Caproni__

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
  ☐ Yes ☒ No (explain): __Movant is an inmate in__
__federal prison, acting pro se__

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
  ☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
  ☐ Yes ☐ No ☒ Don't Know

Is oral argument on motion requested?  ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☒ No If yes, enter date:

Signature of Moving Attorney:

_____ Date: __7/3/2025__ Service by: ☐ CM/ECF ☒ Other [Attach proof of service]

# 25-1278

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

Commodity Futures Trading Commission,

Plaintiff-Appellee,

David A. Castleman, Temporary Receiver,

Receiver-Appellee,

United States of America,

Intervenor,

v.

Eddy Alexandre,

Defendant-Appellant,

EminiFX, Inc.,

Defendant.

---

On Appeal from the United States District Court
for the Southern District of New York, No. 22-cv-03822-VEC

---

MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO THE GOVERNMENT'S
RESPONSE TO APPELLANT'S APPEAL TO THE SECOND CIRCUIT

Eddy Alexandre, pro se
Reg. No. 00712-510
Former CEO & Founder of EminiFX, Inc.
FCC Allenwood Low
P.O. Box 1000
White Deer, PA 17887

Dated July 3, 2025                          1

MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO THE GOVERNMENT'S
RESPONSE TO APPELLANT'S APPEAL TO THE SECOND CIRCUIT

Appellant Eddy Alexandre, (hereinafter"Mr. Alexandre"), acting pro se, and respectfully moves this Honorable Court for an extension of time within which to file a reply to the Government's response to Appellant's interlocutory appeal for lack of appellate jurisdiction filed on June 25, 2025.

1. This is Appellant's first request for an extension of time to file a reply to this Commodity Futures Trading Commission's (CFTC)'s motion to dismiss for lack of appellate jurisdiction to Appellant's interlocutory appeal of the district court's order denying

a) Mr. Alexandre's a motion to intervene in a separate action brought by the CFTC-Receiver in New York state court and to remove the action to District Court. D.Ct. Dkt. 474; and

b) An order denying a "Motion for Reconsideration of Leave to file Counterclaim and Cross-claim against the CFTC's Receiver. D.Ct. Dkt. 469.

2. The Appellant is in the process of conducting research to a set of motions to dismiss for lack of appellate jurisdiction by the substitute counsel for the CFTC trying to prevent this honorable panel from reviewing the error of the lower court in its abuse of discretion reaching a conclusion not supported by the facts presented before the district court to allow this instant action to move forward is equivalent to letting the cat out of the bag and could never be reversed in the finality of its consequences. The defect of these creative reports and the irreversible damages.

3. Appellant currently represents himself pro se. Appellant has no training in the field of law and needs the additional time to respond to the CFTC's response in the form of a motion to deny the motion to dismiss for Lack of Appellate Jurisdiction.

4. Appellant is incarcerated at the FBOPs Federal Correctional Complex (FCC) at Allenwood-LSCI, with limited access to the law library. Appellant needs the additional time to read and review the case laws cited by the CFTC and to conduct his own research in order to properly prepare and file his reply.

5.  Appellant is not an electronic participant (ECF/CM) and depends on the regular mail delivery schedule taken into consideration in the current timeline for submission and traverse reply as set by the court, and the incarcerated individual submission timeline according to the prison mailbox rule.

6.  This motion is made in good faith and for good cause in the interest of justice and not meant to delay the proceeding. The United Sates will not be prejudiced by a thirty-day(30) delay.

WHEREFORE, based on the above, Mr. Alexandre, requests this Honorable Court of Appeals to grant him a thirty (30) day extension of time, within which to file his reply to the CFTC's response to Appellant's Appeal of the District Court Order, up to and including August 11, 2025.

Respectfully submitted on this 3rd day of July, 2025.


/S/ Eddy Alexandre

Eddy Alexandre, pro se
Reg. No.: 00712-510
Former CEO & Founder of EminiFX, Inc.
FCC Allenwood-Low
P.O. Box. 1000
White Deer, PA 17887

Enclosure

**Pro Se Certificate of Compliance with**

**Word or Page Limits Adapted from Federal Rules of Appellate Procedure Form 6**

A document filed with the Court must not be longer than the Federal Rules of Appellate Procedure or the Court's Local Rules permit. Check the box for the document you are filing and state the number of words or pages.

❑  **Brief** contains _____ words.  [14,000 word limit - LR 32.1(a)(4)(A)], or
    **Brief** contains _____ pages.  [30 page limit - FRAP 32(a)(7)(A)]

❑  **Reply Brief** contains _____ words.  [7,000 word limit - LR 32.1(a) (4)(B)], or
    **Reply Brief** contains _____ pages.  [30 page limit - FRAP 32(a)(7)(A)]

❑  **Writ of Mandamus/Prohibition** contains _____ words.  [7,800 word limit - FRAP 21(d)(1)], or
    **Writ of Mandamus/prohibition** contains _____ pages.  [30 page limit - FRAP 21(d)(2)]

☑  **Motion** or **Response to the Motion** contains _____ words.  [5,200 word limit - FRAP 27(d)(2)(A)], or
    **Motion** or **Response to the Motion** contains __3__ pages.  [20 page limit - FRAP 27(d)(2)(B)]

❑  **Reply to the Motion** contains _____ words.  [2,600 word limit - FRAP 27(d)(2)(C)], or
    **Reply to the Motion** contains _____ pages.  [10 page limit - FRAP 27(d)(2)(D)]

❑  **Petition for Panel or En Banc Hearing** contains _____ words.  [3,900 word limit - FRAP 35(b)(2)(A)], or
    **Petition for Panel or En Banc Hearing** contains _____ pages.  [15 page limit - FRAP 35(b)(2)(B)]

❑  **Petition for Panel Rehearing** contains _____ words.  [3,900 word limit - FRAP 40 (b)(1)], or
    **Petition for Panel Rehearing** contains _____ pages.  [15 page limit - FRAP 40 (b)(2)]

RECEIVED
2025 JUL 10 PH 3:00
U.S. COURT OF APPEALS
CLERK'S OFFICE

February 2017

## UNITED STATES COURT OF APPEALS FOR
## THE SECOND CIRCUIT

COMMODITY FUTURES TRADING
COMMISSION,

*Plaintiff-Appellee,*

v.

EDDY ALEXANDRE and
EMINIFX, INC.,

*Defendants-Appellants.*

No. 25-1278

2025 JUL 10 PM 3:00
CLERK'S OFFICE
U.S. COURT OF APPEALS
RECEIVED

## CERTIFICATE OF SERVICE

I hereby declare under the penalty of perjury, pursuant to 28 U.S.C § 1746; 18 U.S.C § 1621, that on this date I caused a true and complete copy of the attached <u>Motion for an extension of time to file a reply to the government's motion to dismiss for lack of Appellate Jurisdiction</u>

to be served, in placing same in a sealed envelope and routing it for mailing via First-class United States mail service, with postage thereon fully prepaid, and depositing same in this institution's internal mail system. I am an inmate confined in an institution. The FCC Allenwood-Low has a system designated for legal mail.

A true copy thereof was served upon the following interested party/ies:

1. Clerk of Court US Court of Appeals for the 2nd Cir. 40 Foley Square, New York, NY 10007

2. Conor B. Daly, Esq CFTC Offc Gen. Counsel 1155, 21st Str. NW Washington, DC 20581

3. ~~Anne Stukes, Esq CFTC 3 Lafayette Centre 1155 21st Str. NW Washington, DC 20581~~ (Terminated)

4. ~~Benjamin H. Torrance AUSA USAO SDNY 86 Chambers Street New York, NY 10007~~ (Terminated)

5. EminiFX, Inc., % David Castleman Receiver 230 Park Avenue, Ste 2900 New York, NY 10169

6.

7.

DATED: 7/3/2025

Eddy Alexandre, pro se
Reg. No.: 00712-510
FCC Allenwood-Low
P.O. Box 1000
White Deer, PA 17887

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of <u>Southern District of New York (SDNY)</u>

| | | |
|---|---|---|
| Commodity Futures Trading Commission | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. <u>22-CV-3822</u> |
| Eddy Alexandre | ) | No. |
| | ) | |
| *Defendant.* | ) | |

I am an inmate confined in an institution. Today, <u>July 3, 2025</u>, I am depositing the <u>Motion for extension of time to file a response</u> in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____

Signed on <u>7/3/2025</u>

*[Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(C).]*

USM4ID
SDNY

<>00712-510<>
Court Of Appeals Second Cir
Attn.: Clerk of Court
40 Foley SQ
NEW YORK, NY 10007
United States

